| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | ELIZABETH SALVESON, State Bar #83788<br>Chief Labor Attorney |
| 3 | MARGARET W. BAUMGARTNER, State Bar #151762<br>Deputy City Attorney |
| 4 | Fox Plaza<br>1390 Market Street, 5th Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone:   (415) 554-3859 |
| 6 | Facsimile:   (415) 554-4248<br>E-Mail:   margaret.baumgartner@sfgov.org |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PETER A. GREEN, BERGLIOTH MATTHEWS, And others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO CALIFORNIA, A MUNICIPAL CORPORATION,<br><br>Defendant. | Case No. C 06-6953 SI<br><br>STIPULATION AND ORDER RE SETTLEMENT CONFERENCE DATE<br><br>Hearing Date:  July 9, 2007<br>Time:  9:30 a.m.<br>Place:  Ctrm. C, 15th Fl.<br><br>Trial Date:  None set |
|---|---|

On March 20, 2007, Magistrate Judge Edward Chen noticed a settlement conference in this matter for June 5, 2007. On April 4, 2007, Judge Chen rescheduled the settlement conference to June 11, 2007. Counsel for plaintiffs in the related cases of *Weaver v. City and County of San Francisco*, U.S.D.C. Case No. C02-1589 SI, and *Moynihan v. City and County of San Francisco*, U.S.D.C. Case No. C06-7071 SI, which are scheduled for a joint settlement conference, is unavailable on June 11, 2007. After conferring with all counsel and with Judge Chen's clerk, the parties hereby stipulate that the settlement conference in this matter, and the related matters of *Weaver* and *Moynihan*, will be rescheduled to July 9, 2007, at 9:30 a.m. in Courtroom C, 15th Floor, of the above-entitled court. Separate stipulations rescheduling the settlement conference will be filed in *Weaver* and *Moynihan*. The date by which settlement conference statements are due is June

25, 2007. All other provisions of Judge Chen's order re settlement conference, including methods of lodging the settlement conference statements, remain in effect.

SO STIPULATED.

Dated: April __, 2007

DENNIS J. HERRERA
City Attorney
MARGARET W. BAUMGARTNER
Deputy City Attorney

By: _____/s/_____
MARGARET W. BAUMGARTNER
Attorneys for Defendant CITY AND
COUNTY OF SAN FRANCISCO

CLISHAM & SORTER

Dated: April 12, 2007

By: _____
David Clisham
Attorneys for Plaintiffs
PETER GREEN, et al.

CHAMBERLIN, KAUFMAN & JONES

Dated: April __, 2007

By: _____
Robert A. Jones
Attorneys for Plaintiffs
PETER GREEN, et al.

SO ORDERED.

Dated: April 18, 2007

IT IS SO ORDERED
Judge Edward M. Chen
MAGISTRATE J. EDWARD CHEN

2

Stip & Order re Sett Conf Date, U.S.D.C. Case No. C06-6953 SI

c:\docume~1\owner\locals~1\temp\grn stip.doc

1  25, 2007. All other provisions of Judge Chen's order re settlement conference, including methods
2  of lodging the settlement conference statements, remain in effect.
3       SO STIPULATED.
4  Dated: April __, 2007                             DENNIS J. HERRERA
                                                     City Attorney
5                                                    MARGARET W. BAUMGARTNER
                                                     Deputy City Attorney
6
7                                              By:_____/s/_____
8                                                    MARGARET W. BAUMGARTNER
                                                     Attorneys for Defendant CITY AND
9                                                    COUNTY OF SAN FRANCISCO

10                                                   CLISHAM & SORTER
11
12 Dated: April __, 2007                       By:_____
                                                     David Clisham
13                                                   Attorneys for Plaintiffs
                                                     PETER GREEN, et al.
14
                                                     CHAMBERLIN, KAUFMAN &
15                                                   JONES
16
17 Dated: April 12, 2007                        By: /s/ Robert A. Jones
                                                     Robert A. Jones
18                                                   Attorneys for Plaintiffs
                                                     PETER GREEN, et al.
19
20
21      SO ORDERED.
22
23
24 Dated:_____                             _____
                                                MAGISTRATE JUDGE EDWARD CHEN
25
26
27
28                                          2
   Stip & Order re Sett Conf Date, U.S.D.C. Case No. C06-6953 SI       c:\windows\temporary internet
                                                                       files\content.ie5\opi745id\grnstip.doc