1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA

3  PETER GREEN, BERGLIOTH MATTHEWS,      Case No. C 06-6953 SI
    And others similarly situated,     Hon. Susan Illston
4
5                   Plaintiff(s),     SO ORDERED STIPULATION FOR
6      -against-     NOTICE TO POTENTIAL OPT-IN PLAINTIFFS AND
7  CITY AND COUNTY OF SAN FRANCISCO     FOR DISCOVERY OF NAMES
    CALIFORNIA, A MUNICIPAL CORPORATION,:     AND ADDRESSES OF SAME
8                   Defendant.
9

10 MICHAEL MOYNIHAN,
    And others similarly situated,     Case No. C06-7071 SI
11
12                  Plaintiff(s),
13     -against-
14 CITY AND COUNTY OF SAN FRANCISCO
    CALIFORNIA, A MUNICIPAL CORPORATION,:
15                  Defendant.

16
17
18       We, the attorneys for the respective parties, do hereby stipulate and agree
19 as follows:
20
21 (1)     To facilitate the notice of these pending lawsuits to other potentially similarly
22 situated current and former employees of defendant, the attorneys for the parties agree
23 to the sending of the Notice submitted with this stipulation and consent to the court
24 authorizing the sending of such notice to those current and former employees of
25 defendant who, during some time during the past three years immediately preceding the
26 date of this stipulation, were employed by the City and County of San Francisco as an
27 H3 Firefighter/Paramedic and worked exclusively on EMS vehicles in at least one seven
28

---
Green, et al v. San Francisco - Case No. C06-6953 SI; Moynihan, et al v. San Francisco - Case
No.C06-7071 (SI)     Stipulation for Notice to Potentially Similarly Situated Plaintiffs     1

calendar day workweek during that period, actually worked more than forty hours in at least one such workweek during that time period and were not paid at a rate of time and one-half their regular rate of pay for all hours so worked over forty in such workweek(s); and the undersigned further stipulate;

(2) that the defendant shall, within fourteen (14) days after the court "so orders" this stipulation, mail the attached notice to the potentially similarly situated current and former employees described in paragraph (1) above (excepting plaintiffs who have already filed consents with the Court in either this case or the two pending related cases as set forth on the docket for this case). The defendant shall mail the notices by regular first class mail to the home addresses contained in the employee's personnel file, and shall send plaintiffs' counsel a proof of service with a list of the names and addresses and date of mailing within three (3) days after the notices have been mailed. The defendant reserves its right to contend that the reasonable expense of publication and distribution shall be recoverable from plaintiffs, as a cost of litigation, at the termination of this litigation.

(3)     The deadline for the filing of consents to become a plaintiff in this lawsuit shall be July 1, 2007. No person shall be permitted to file a consent in this lawsuit after that date. The parties stipulate that the filing of any additional consents in this case shall not delay or impede participation in a meaningful settlement conference as ordered by the Court.

(4)     The parties, by entering into this stipulation, do not waive any arguments, issues, claims or defenses related to the substance of this stipulation.

---

Green, et al v. San Francisco - Case No. C06-6953 SI; Moynihan, et al v. San Francisco - Case No.C06-7071 (SI)     Stipulation for Notice to Potentially Similarly Situated Plaintiffs     2

Dated: May 14, 2007

_____      _____
Robert A. Jones, Esq.                     Jonathan Rolnick, Esq.
Chamberlain, Kaufman & Jones       Deputy City Attorney
                                                    Attorneys for Defendant

_____      _____
David P. Clisham                            Michael McGill
Chlisham & Sortor                          Lackie & Dammeier

Attorneys for Plaintiffs in *Green*      Attorneys for Plaintiffs in *Moynihan*

       The attached Notice is hereby authorized and shall be sent in accordance with the terms of the parties' stipulation. Defendant shall provide to plaintiffs' attorneys, by facsimile, within seven (7) days of this order, the names and last known addresses of the current and former employees who fit the description contained in paragraph (1) above.

**IT IS SO ORDERED**.

Dated: ___5/17/07_____, 2007      _____
                                                      United States District Judge

Enter:

1 | Dated: May 14, 2007

6 | _____  _____
7 | Robert A. Jones, Esq.            Jonathan Rolnick, Esq.
  | Chamberlain, Kaufman & Jones     Deputy City Attorney
  |                                  Attorneys for Defendant

11 | _____  _____
12 | David P. Clisham                 Michael McGill
   | Chlisham & Sortor                Lackie & Dammeier
13 | Attorneys for Plaintiffs in *Green*   Attorneys for Plaintiffs in *Moynihan*

The attached Notice is hereby authorized and shall be sent in accordance with the terms of the parties' stipulation. Defendant shall provide to plaintiffs' attorneys, by facsimile, within seven (7) days of this order, the names and last known addresses of the current and former employees who fit the description contained in paragraph (1) above.

**IT IS SO ORDERED.**

Dated: _____, 2007    _____
                                United States District Judge

Enter:

---

Green, et al v. San Francisco - Case No. C06-6953 SI; Moynihan, et al v. San Francisco - Case No. C06-7071 (SI)  Stipulation for Notice to Potentially Similarly Situated Plaintiffs    3

1  Dated: May ___, 2007

2

3

4

5

6  _____         _____
   Robert A. Jones, Esq.                  Jonathan Rolnick, Esq.
7  Chamberlain, Kaufman & Jones           Deputy City Attorney
                                          Attorneys for Defendant
8

9

10

11 _____         _____
   David P. Clisham                       Michael McGill
12 Chlisham & Sortor                      Lackie & Dammeier

13 Attorneys for Plaintiffs in *Green*    Attorneys for Plaintiffs in *Moynihan*

14

15     The attached Notice is hereby authorized and shall be sent in accordance with
   the terms of the parties' stipulation. Defendant shall provide to plaintiffs' attorneys, by
16 facsimile, within seven (7) days of this order, the names and last known addresses of
   the current and former employees who fit the description contained in paragraph (1)
17 above.

18     **IT IS SO ORDERED.**
19

20

21

22 Dated: _____, 2007    _____
                                    United States District Judge
23

24 Enter:

25

26

27

28

_____
Green, et al v. San Francisco - Case No. C06-6953 SI; Moynihan, et al v. San Francisco - Case
No.C06-7071 (SI)   Stipulation for Notice to Potentially Similarly Situated Plaintiffs        3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GREEN, BERGLIOTH MATTHEWS, And others similarly situated, | Case No. C06-6953 SI |
| Plaintiff(s), | |
| -against- | |
| CITY AND COUNTY OF SAN FRANCISCO CALIFORNIA, A MUNICIPAL CORPORATION, | |
| Defendant. | |
| MICHAEL MOYNIHAN, And others similarly situated, | Case No. C06-7071 SI |
| Plaintiff(s), | |
| -against- | |
| CITY AND COUNTY OF SAN FRANCISCO CALIFORNIA, A MUNICIPAL CORPORATION, | |
| Defendant. | |

# NOTICE

To: H3 Firefighter/Paramedics employed by the City and County of San Francisco who, during some time in the past three years have worked exclusively on EMS vehicles throughout at least one seven calendar-day workweek and who, during at least one such workweek, actually worked in excess of forty hours.

Re: Fair Labor Standards Act Lawsuit Against the City and County of San Francisco

**THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT, HONORABLE SUSAN ILLSTON, UNITED STATES DISTRICT COURT JUDGE. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF THE DEFENDANTS' DEFENSES. BY AUTHORIZING THIS NOTICE THE COURT NEITHER ENCOURAGES OR DISCOURAGES YOU FROM JOINING THIS LAWSUIT.**

1. The purpose of this Notice is to inform you of the existence of lawsuits in which you potentially are "similarly situated" to the existing Plaintiffs, to advise you of how your rights may be affected by these suits, and to instruct you on the procedure for participating in one of these suits should you decide that it is appropriate and should you choose to do so.

2. On November 7, 2006, two firefighter/paramedics employed by the City and County of San Francisco, brought a lawsuit against defendant City and County of San Francisco, alleging that they were owed unpaid wages and overtime pay under the federal Fair Labor Standards Act. The case is titled *Green, et al v. City of San Francisco*. On November 14, 2006, another lawsuit was separately brought by other firefighter/paramedics. The case is titled *Moynihan, et al v. City of San Francisco*. Both cases are at the early pretrial stages.

The lawsuits allege, among other contentions, that the defendant has improperly paid firefighter/paramedics under the provisions of the federal Fair Labor Standards Act by treating them as partially exempt from overtime pay under the provisions of 29 U.S.C. §207(k) and thereby failed to pay them for all hours worked over forty in a seven day workweek at rate of one and one-half times their regular rate of pay. The plaintiffs allege that they are entitled to recover back pay, plus liquidated damages in an equal amount or prejudgment interest, attorneys' fees, and costs.

The City has denied any violation of the Fair Labor Standards Act. The City contends that firefighter/paramedics have been properly paid, and that under the applicable statutes and regulations plaintiffs are not entitled to the claimed overtime pay.

3. Under the provisions of the Fair Labor Standards Act, "similarly situated" employees may join an existing action by filing a "consent to become party plaintiff" with the Court. However, you are not required to join and, if you

choose not to join, you will not be affected by any judgment or settlement, whether favorable or unfavorable.

    4. If you are or were employed by the City and County of San Francisco as an H3 Firefighter/Paramedic employed by the City and County of San Francisco, and during some time in the past three years have worked exclusively on EMS vehicles throughout at least one seven calendar-day workweek and, during at least one such workweek, actually worked in excess of forty hours, you may join one of these actions if you wish, but need not do so if you do not wish to do so. Should you wish to join either of these actions you must file a "consent to become party plaintiff" with the Court by July 1, 2007. You may not join in both actions.

    5. If you choose to join either of these lawsuits, you will be bound by the judgment or settlement, whether it is favorable or unfavorable. While these lawsuits are proceeding, you may be required to respond to written questions, sit for depositions and/or testify in Court. Additionally, arrangements for the payment of costs or attorneys' fees will have to be made with counsel for Plaintiffs. If you do not join either of these lawsuits you will not be affected by any judgment or settlement, whether favorable or unfavorable. If you choose not to join either of these lawsuits, you are free to file your own lawsuit, or not, as you are advised.

    6. For further information about this Notice, or the procedure for joining either of these actions if you should so desire, you may contact either of the attorneys listed below in the box on page 4. You are, of course, under no obligation to do so.

| To Join:<br>*Green, et al v. City of San Francisco*<br><br>Contact:<br>Robert A. Jones<br>Chamberlain, Kaufman & Jones<br>35 Fuller Road, Suite 207<br>Albany, New York 12205<br>phone: (518) 435-9435<br>fax:    (518) 435-9102<br><br>or<br><br>David P. Clisham<br>Clisham & Sortor<br>Hobart Building<br>582 Market Street, Suite 603<br>San Francisco, California 94104<br>phone: (415) 291-0855<br><br>Obtain consent form for this case by sending e-mail request to:<br>RAJ@FLSA.COM | To Join:<br>*Moynihan, et al v. City of San Francisco*<br><br>Contact:<br>Michael A. McGill,<br>Dieter C. Dammeier, or<br>Michael D. Lackie<br>LACKIE & DAMMEIER<br>367 N. 2nd Avenue<br>Upland, California 91687<br>phone: (909) 985-4003 or<br>        (800) 478-7643<br>fax:    (909) 985-3299<br><br>Obtain consent form for this case by downloading consent form at:<br>www.policeattorney.com/FLSA |
|---|---|

7. The defendant City and County of San Francisco is represented by Jonathan Rolnick and Margaret Baumgartner, Deputy City Attorneys, Fox Plaza, 1390 Market Street, 5th Floor, San Francisco, California 94102.

8. Federal law prohibits any employer from discharging or in any other manner discriminating against an employee who exercises rights under the Fair Labor Standards Act.

Page 4 of 4