DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
MARGARET W. BAUMGARTNER, State Bar #151762
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor #5
San Francisco, California 94102-5408
Telephone: (415) 554-3859
Facsimile: (415) 554-4248
E-Mail: margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT WEAVER, et al. | No. C-03-1589 SI (EMC) |
|---|---|
| Plaintiffs, | No. C-06-6953 SI (EMC) |
| vs. | No. C-06-7071 SI (EMC) |
| CITY AND COUNTY OF SANFRANCISCO, | **STIPULATION AND ORDER RE SETTLEMENT CONFERENCE DATE** |
| Defendant. | |
| PETER A. GREEN, et al, | Date: September 14, 2007 |
| Plaintiffs, | Time: 2:00 p.m. |
| vs. | Place:: Ctrm. C, 15th. Floor |
| CITY AND COUNTY OF SANFRANCISCO, | Date Action Filed: April 14, 2003 |
| Defendant. | Trial Date: Not set |
| And | |
| MICHAEL MOYNAHAN, et al. | |
| Plaintiffs, | |
| vs. | |
| CITY AND COUNTY OF SANFRANCISCO, | |
| Defendants | |

1

n:\labor\li2007\031552\00437235.doc

# STIPULATION

On August 24, 2007, the parties attended a settlement conference with Magistrate Judge Edward Chen in these three related cases. Although the parties did not finally resolve the case, the parties have agreed in principal to settle the case based on a formula for calculating back pay owed. Although the parties have some details of the settlement still outstanding, the parties believe that they will be able to resolve any differences without further assistance from the court.

The parties therefore believe that a case management conference in this matter is not necessary. The parties therefore respectfully request that the court continue the case management conference for 90 days to give the parties time to finalize the settlement.

SO STIPULATED.

Dated: September 12, 2007

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
MARGARET W. BAUMGARTNER
JONATHAN C. ROLNICK
Deputy City Attorneys

By: /s/
MARGARET W. BAUMGARTNER

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: September ___, 2007

LACKIE & DAMMEIER

By:
MICHAEL MCGILL

Attorneys for Plaintiff
ROBERT WEAVER

Dated: September ___, 2007

CHAMBERLAIN, KAUFMAN AND JONES

By:
ROBERT A. JONES
Attorneys for Plaintiffs

2

The case management conference is continued to 1/4/08 @ 2:30 p.m. with a joint statment due one week prior to the conference.

1  SO ORDERED.

4  Dated:_____

Hon. Susan Illston, Judge, United States District Court

---

Stip./Order Re: Settlement Conf. Date  
USDC Case Nos. : C-03-1589, No. C-06-6953, No. C-06-7071 (All SI)

n:\labor\li2007\031552\00437235.doc

3