**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WEAVER,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>            Defendant.<br>_____/ | No. C-03-1589 SI (EMC)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**<br><br><u>RELATED TO</u> |
| MICHAEL MOYNIHAN, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>            Defendant.<br>_____/ | No. C-06-7071 SI (EMC) |
| PETER A. GREEN, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>            Defendant.<br>_____/ | No. C-06-6953 SI (EMC) |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **November 16, 2007, at 9:30 a.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

- ♦ **Further Settlement Conference statements shall be lodged by hard copy only with Judge Chen's chambers by November 9, 2007.**

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

IT IS SO ORDERED.

Dated: September 19, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

2