1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA

3  PETER GREEN, BERGLIOTH MATTHEWS,        Case No. C 06-6953 SI
   And others similarly situated,          Hon. Susan Illston
4
                        Plaintiff(s),      SO ORDERED
5                                          STIPULATION FOR
      -against-                            FILING OF CONSENTS OF
6                                          RAFAEL GORDON and
   CITY AND COUNTY OF SAN FRANCISCO        RICHARD WENDLAND
7  CALIFORNIA, A MUNICIPAL CORPORATION,:

8                        Defendant.
                                        :
9  _____

10     We, the attorneys for the respective parties, do hereby stipulate and agree
11 as follows:
12

13 (1)    To avoid the unnecessary expenditure of time and money required to file another
14 separate claim, and to facilitate the inclusion two more alleged similarly situated
15 employees in upcoming settlement negotiations at a court ordered settlement
16 conference to be held on August 24, 2007, the defendant city and county of San
17 Francisco (hereafter "the city") agrees to the filing of the consents of Rafael Gordon and
18 Richard Wendland for the same reasons the undersigned further stipulated to the filing
19 of the consent of Michael Song, filed July 2, 2007, to join the above captioned lawsuit;
20 and the undersigned further stipulate;
21

22
23 (2)    That the city does not by this stipulation waive any defenses or rights it may
   otherwise have regarding the above captioned matter.
24

25 ///
26 ///
27 ///
28

---

Green, et al v. San Francisco - Case No. C06-6953 SI - Stipulation for Filing of Consents of
Rafael Gordon and Richard Wendland                                                          1

Dated: August 29, 2007

| /s/ Robert A. Jones | |
|---|---|
| Robert A. Jones, Esq.<br>Chamberlain, Kaufman & Jones | Jonathan Rolnick, Esq.<br>Deputy City Attorney<br>Attorneys for Defendant |

David P. Clisham
Chlisham & Sortor

Attorneys for Plaintiffs in *Green*

The consents of Rafael Gordon and Richard Wendland may be filed with the clerk of the court as stipulated to by the parties.

**IT IS SO ORDERED.**

Dated: _____, 2007    _____
                                    United States District Judge

Enter:

Green, et al v. San Francisco - Case No. C06-6953 SI - Stipulation for Filing of Consents of Rafael Gordon and Richard Wendland

2

Dated: August 29, 2007

/s/  Robert A. Jones
Robert A. Jones, Esq.
Chamberlair, Kaufman & Jones

Jonathan Rolnick, Esq.
Deputy City Attorney
Attorneys for Defendant
Margaret Baumgartner

David P. Clisham
Chlisham & Sortor

Attorneys for Plaintiffs in *Green*

The consents of Rafael Gordon and Richard Wendland may be filed with the clerk of the court as stipulated to by the parties.

**IT IS SO ORDERED.**

Dated: _____, 2007  _____
United States District Judge

Enter:

Green, et al v. San Francisco - Case No. C06-6953 SI - Stipulation for Filing of Consents of Rafael Gordon and Richard Wendland                                                      2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PETER GREEN,  
And others similarly situated,  
              Plaintiff(s),  :

    -against-  :

CITY AND COUNTY OF SAN FRANCISCO  
CALIFORNIA, A MUNICIPAL CORPORATION,

             Defendant.  :

Case No. C-06-6953 SI

**CONSENT TO BECOME PARTY PLAINTIFF IN FLSA ACTION**

The Undersigned employee or former employee hereby gives his consent to become a party plaintiff in this court action seeking overtime pay and other relief under the Fair Labor Standards Act in accordance with a confidential retainer agreement executed by the undersigned for such purpose.

Name: Richard Dan Wendland

Address: 1032 Hewitt dr San Carlos, CA 94070  
(City and State only)

Employer: City and County of San Francisco

July 7, 2007

(Sign name legibly here) Wendland

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PETER GREEN,    Case No. C-06-6953 SI
And others similarly situated,
                    Plaintiff(s),    :

            -against-    :

CITY AND COUNTY OF SAN FRANCISCO
CALIFORNIA, A MUNICIPAL CORPORATION,

                    Defendant.    :

**CONSENT TO BECOME PARTY PLAINTIFF IN FLSA ACTION**

The Undersigned employee or former employee hereby gives his consent to become a party plaintiff in this court action seeking overtime pay and other relief under the Fair Labor Standards Act in accordance with a confidential retainer agreement executed by the undersigned for such purpose.

Name: _Rafael Gordon_

Address: _Antioch, California_
(City and State only)

Employer: City and County of San Francisco

_7-31-_, 2007    _Rafael Gordon_
                (Sign name legibly here)